NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MIGUEL ANGEL LORETO, a.k.a. Angel
Loreto-Miguel, a.k.a. Jorge Matinez
Rodriguez,

Defendant - Appellant.

No. 10-10601

D.C. No. 2:10-cr-00103-EJG

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Edward J. Garcia, District Judge, Presiding

Submitted November 8, 2011[**]

Before:     O'SCANNLAIN, TASHIMA, and GRABER, Circuit Judges.

Miguel Angel Loreto appeals from the 57-month sentence imposed

following his guilty-plea conviction for being a deported alien found in the United

States, in violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C.

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

§ 1291, and we affirm.

Loreto contends that the district court erred by imposing a sentence that it determined was reasonable, rather than one that was "sufficient, but not greater than necessary, to comply with the purposes" of sentencing set forth in 18 U.S.C. § 3553(a). Whether review is for plain error, *see United States v. Dallman*, 533 F.3d 755, 761 (9th Cir. 2008), or abuse of discretion, the result is the same. We conclude that the district court did not procedurally err, and that the sentence at the bottom of the Guidelines range is substantively reasonable under the totality of the circumstances and in light of the sentencing factors set forth in 18 U.S.C. § 3553(a). *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**